1  JOSEPHINE MARY GERRARD
2  Gerrard Law Offices
   1791 Solano Avenue Suite F01
3  Berkeley, Ca 94707
4  510-838-0529
   Fax: 510-280-1635
5  Email: Jo@Gerrardlawoffices.Com
6
7            UNITED STATES DISTRICT COURT
             CENTRAL DISTRICT OF CALIFORNIA
8                   WESTERN DIVISION
9

10 | LAVANTE LORRAINE JOHNSON, | No. 2:22-cv-01774-KK |
11 | | |
12 | Plaintiff, | [~~PROPOSED~~] |
   | v. | ORDER ON MOTION FOR |
13 | | ATTORNEY FEES UNDER THE |
   | KILOLO KIJAKAZI, | EQUAL ACCESS TO JUSTICE ACT |
14 | | |
   | Acting Commissioner of Social Security, | |
15 | | |
16 | Defendant. | |

For the reasons set forth in the parties' stipulated motion for attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, *et seq.*, and good cause shown, IT IS HEREBY ORDERED AS FOLLOWS:

1. Plaintiff is here by awarded $8,000 in fees and expenses under the EAJA. Under *Astrue v. Ratliff*, 130 S. Ct. 2521, 2528-29 (2010), EAJA fees awarded by this Court belong to the Plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)). Any EAJA fees should therefore be awarded to Plaintiff and not to Plaintiff's attorney. If, after receiving the Court's EAJA fee order, the Commissioner (1) determines that Plaintiff has assigned her right to EAJA fees to her attorney; (2) determines that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (3) agrees to waive the requirements of the Anti-Assignment Act, then the EAJA fees will be made payable to Plaintiff's attorney. However, if there is a debt owed under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney.

DATED: July 10, 2023

_____
HON. KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE